COMMONWEALTH OF KENTUCKY
17th JUDICIAL CIRCUIT
CAMPBELL CIRCUIT COURT
____I____ DIVISION
CASE No. 11-CI-00767



JENNIFER GAMBLE,
MICHAEL JUSTICE, and
APRIL POTZICK,             Plaintiffs

vs.

COLONIAL PENN LIFE INSURANCE COMPANY,      Defendant
    serve: CSC Lawyers Incorporating Service Company
           421 West Main Street
           Frankfort, KY 40601

## COMPLAINT WITH JURY DEMAND

The plaintiffs, Jennifer Gamble, Michael Justice, and April Potzick, for their complaint, sate as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Jennifer Gamble is a citizen and resident of Cincinnati, Hamilton County, Ohio.

2. Michael Justice and April Potzick are citizens and residents of Taylor Mill, Kenton County, Kentucky.

3. Colonial Penn Life Insurance Company is an insurer licensed to do business in the Commonwealth.

4. The amount in controversy exceeds the minimum jurisdiction of this court.

5. Venue is proper in this county, as one of the insurance policies at issue in this complaint were issued to a resident of this County, and as such the transaction took place in this county.

### FACTUAL ALLEGATIONS

6. Plaintiffs incorporate by reference each and every allegation contained within the above paragraphs.

7. The defendant Colonial Penn Life Insurance Company issued certificate T43843339 evidencing the issuance of an accidental death policy on Daniel L. Justice in the amount of $.10,000.

8. On June 28, 2008, Daniel L. Justice, then a resident of Covington, Kenton County, Kentucky, executed an application for life insurance with the defendant Colonial Penn Life Insurance Company for a policy amount of $15,000 with the beneficiary being the plaintiffs Michael Justice and April Potzick, his siblings.

9. On information and belief, the defendant Colonial Penn Life Insurance Company subsequently issued certificate number FT46208457 evidencing the issuance of the requested policy.

10. On November 1, 2009, Daniel L. Justice, now a resident of Fort Thomas, Campbell County, Kentucky, executed an application for life insurance with the defendant Colonial Penn Life Insurance Company for a policy amount of $5,000 with the beneficiary being the plaintiff Jennifer Gamble, his daughter.

11. The defendant Colonial Penn Life Insurance Company issued certificate FT50007644 dated November 16, 2009 evidencing the issuance of the requested policy.

12. On April 24, 2010, Daniel L. Justice died in Kenton County, Kentucky.

13. The Deputy coroner ruled the death of Daniel L. Justice was accidental, the result of pulmonary aspiration, contributed to by ethanol intoxication.

14. The plaintiffs subsequently made application to the defendant for payment of the above-described policies.

15. The defendant, by letters dated September 29, 2010, denied payment on the claims on the basis that Daniel L. Justice failed to disclose on his applications that he had been diagnosed with

cannabis dependence, and asserted their right to contest the policy during he first two years of its existence.

16. The defendant has not paid the face amount of the policies, but only tendered the policy payments, plus interest, on the above policies.

## COUNT I – BREACH OF CONTRACT

17. Plaintiffs incorporate by reference each and every allegation contained within the above paragraphs.

18. The failure of the insured Daniel L. Justice to disclose his cannabis addition was not a material part of the contract of insurance, as his death was not related to such addiction.

19. The defendant has breached its obligation of good faith and fair dealing.

20. The defendant has breached its contract of insurance, and the plaintiffs are the third party beneficiaries of said contract.

21. The plaintiffs have been damaged by the defendant's breach of its contract.

## COUNT II – UNFAIR CLAIMS PRACTICES

22. Plaintiffs incorporate by reference each and every allegation contained within the above paragraphs.

23. Defendant Colonial Penn Life Insurance Company, by its actions delineated herein, committed common law bad faith and has violated Kentucky's Unfair Claims Settlement Practice Act, KRS 304.12-230.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment on all counts. Plaintiffs also request:

1. Trial by jury;

2. All costs and interest associated with the disbursement of this action.

3. All compensatory damages;

4. Reasonable attorney's fees; and

5. All other relief this Court deems fitting and proper.

Charles T. Lester, Jr. (41195)
Attorney for Plaintiff
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 Madison Pike
Independence, KY 41051-7941
859-363-1900   Fax: 859-363-1444
Email: cteljr@yahoo.com, clester@ericdeters.com

## VERIFICATION

COMMONWEALTH OF KENTUCKY

COUNTY OF BOONE

Jennifer Gamble, Michael Justice, and April Potzick, first being duly cautioned and sworn, hereby states that the foregoing allegations are true to the best of my knowledge and belief.

_Jennifer Gamble_
Jennifer Gamble

_Michael Justice_
Michael Justice

_April Potzick_
April Potzick

Subscribed and sworn to before me by Jennifer Gamble, Michael Justice, and April Potzick on December 21st, 2010.

_Laura Tholke, Esq._
NOTARY PUBLIC, STATE AT LARGE
My commission expires: 8-11-2014



Laura A. Tholke
Notary Public, ID No. 425779
State at Large, Kentucky
My Commission Expires on Aug. 11, 2014

Div. I

| AOC-105 | Doc. Code: CI | | Case No. | 11-CI-00767 |
| Rev. 1-07    05/27/2011 12:13 pm | | | Court | ☑ Circuit ☐ District |
| Page 1 of 1    Ver. 1.02 | | | County | Campbell |
| Commonwealth of Kentucky | | | | |
| Court of Justice  www.courts.ky.gov | | CIVIL SUMMONS | | |
| CR 4.02; CR Official Form 1 | | | | |

**PLAINTIFF**

JENNIFER GAMBLE,         et al.

VS.

**DEFENDANT**

COLONIAL PENN LIFE INSURANCE COMPANY

**Service of Process Agent for Defendant:**

COLONIAL PENN LIFE INSURANCE COMPANY c/o

CSC Lawyers Incorporating Service Compa

421 West Main Street

Frankfort                                                                                  Kentucky             40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: May 31, 2011

TAUNYA NOLAN JACK    Clerk

By: R. Schweitzer    D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

TV / ALL
Transmittal Number: 8790513
Date Processed: 06/03/2011

| | |
|---|---|
| Primary Contact: | Rita Mennen<br>CNO Financial Group, Inc.<br>11825 N. Pennsylvania Street<br>Carmel, IN 46032 |
| Entity: | Colonial Penn Life Insurance Company<br>Entity ID Number 2425598 |
| Entity Served: | Colonial Penn Life Insurance Company |
| Title of Action: | Jennifer Gamble vs. Colonial Penn Life Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Campbell County Circuit Court, Kentucky |
| Case/Reference No: | 11-CI-00767 |
| Jurisdiction Served: | Kentucky |
| Date Served on CSC: | 06/02/2011 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Charles T. Lester, Jr<br>859-363-1900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com






TAUNYA NOLAN JACK
CIRCUIT COURT CLERK
CAMPBELL CIRCUIT COURT
CAMPBELL COUNTY COURTHOUSE
330 YORK STREET, ROOM 8
NEWPORT, KENTUCKY 41071

7009 2250 0001 5711 9386

02 1P   $ 005.79⁰
0003077373   MAY 31 2011
MAILED FROM ZIP CODE 41071

Colonial Penn Life Insurance Co.
c/o CSC Lawyers Incorporating Service Co
421 W. Main St.
Frankfort, Ky.  40601

40601$1815

## Cindy Milby

| | |
|---|---|
| **Full Name:** | darenep@hufferlaw.com |
| **Last Name:** | Paul |
| **First Name:** | Darene |
| **Job Title:** | Paralegal Supervisor/Office Manager |
| **Company:** | S.K. Huffer & Associates, P.C. |
| **Business Address:** | 12220 N. Meridian Street<br>Suite 150<br>Carmel, IN 46032<br>United States of America |
| **Business:** | (317) 564-4811 |
| **Home:** | (317) 889-1472 |
| **Mobile:** | (317) 412-5057 |
| **Business Fax:** | (317) 564-4812 |
| **E-mail:** | darenep@hufferlaw.com |
| **E-mail Display As:** | darenep@hufferlaw.com (darenep@hufferlaw.com) |
| **Web Page:** | http://hufferlaw.com |

1

FILED
CAMPBELL CIRCUIT COURT
JUN 21 2011
TAUNYA NOLAN JACK, CLERK
BY _____ D.C.

COMMONWEALTH OF KENTUCKY
17th JUDICIAL CIRCUIT
CAMPBELL CIRCUIT COURT
I DIVISION
CASE No. 11-CI-00767

JENNIFER GAMBLE, MICHAEL JUSTICE, and )
APRIL POTZICK, )
)
      Plaintiffs, )
)
vs. )
)
COLONIAL PENN LIFE INSURANCE COMPANY, )
)
      Defendant. )

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

COME NOW Defendant Colonial Penn Life Insurance Company (hereinafter "CPL"), by and through counsel, and respectfully submits its Answer and Affirmative Defenses to Plaintiffs, Jennifer Gamble, Michael Justice and April Potzick's Complaint and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    Jennifer Gamble is a citizen and resident of Cincinnati, Hamilton County, Ohio.

**ANSWER:** CPL lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1 of the Complaint, and therefore denies said allegations and demands strict proof thereof.

2.    Michael Justice and April Potzick are citizens and residents of Taylor Mill, Kenton County, Kentucky.

**ANSWER:** CPL lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 2 of the Complaint, and therefore denies said allegations and demands strict proof thereof.

3. Colonial Penn Life Insurance Company is an insurer licensed to do business in the Commonwealth.

**ANSWER:** CPL admits the allegations in Paragraph 3 of the Complaint.

4. The amount in controversy exceeds the minimum jurisdiction of this court.

**ANSWER:** CPL admits the allegations in Paragraph 4 of the Complaint.

5. Venue is proper in this county, as one of the insurance policies at issue in this complaint were issued to a resident of this County, and as such the transaction took place in this county.

**ANSWER:** CPL lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 5 of the Complaint, and therefore denies said allegations and demands strict proof thereof.

## FACTUAL ALLEGATIONS

6. Plaintiffs incorporate by reference each and every allegation contained within the above paragraphs.

**ANSWER:** In answering Paragraph 6 of Plaintiffs' Complaint, CPL realleges and incorporates its answers to all other Paragraphs in the Complaint as if set forth in full.

7. The defendant Colonial Penn Life Insurance Company issued certificate T43843339 evidencing the issuance of an accidental death policy on Daniel L. Justice in the amount of $10,000.

**ANSWER:** CPL denies the allegations in Paragraph 7 of the Complaint.

8. On June 28, 2008, Daniel L. Justice, then a resident of Covington, Kenton County,

Kentucky, executed an application for life insurance with the defendant Colonial Penn Life Insurance Company for a policy amount of $15,000 with the beneficiary being the plaintiffs Michael Justice and April Potzick, his siblings.

**ANSWER:** CPL lacks knowledge or information sufficient to admit or deny whether Daniel L. Justice was a resident of Covington, Kenton County, when he executed an application for life insurance on June 27, 2008, but admits the remaining allegations in Paragraph 8 of the Complaint.

9. On information and belief, the defendant Colonial Penn Life Insurance Company subsequently issued certificate number FT46208457 evidencing the issuance of the requested policy.

**ANSWER:** CPL admits the allegations in Paragraph 9 of the Complaint.

10. On November 1, 2009, Daniel L. Justice, now a resident of Fort Thomas, Campbell County, Kentucky, executed an application for life insurance with the defendant Colonial Penn Life Insurance Company for a policy amount of $5,000 with the beneficiary being the plaintiff Jennifer Gamble, his daughter.

**ANSWER:** CPL lacks knowledge or information sufficient to admit or deny whether Daniel L. Justice was a resident of Fort Thomas, Campbell County, when he executed an application for life insurance that was issued on November 1, 2009, but admits the remaining allegations in Paragraph 10 of the Complaint.

11. The defendant Colonial Penn Life Insurance Company issued certificate FT50007644 dated November 16, 2009 evidencing the issuance of the requested policy.

**ANSWER:** CPL admits the allegations in Paragraph 11 of the Complaint.

12. On April 24, 2010, Daniel L. Justice died in Kenton County, Kentucky.

**ANSWER:** CPL admits the allegations in Paragraph 12 of the Complaint.

13. The Deputy coroner ruled the death of Daniel L. Justice was accidental, the result of pulmonary aspiration, contributed to by ethanol intoxication.

**ANSWER:** CPL admits the allegations in Paragraph 13 of the Complaint.

14. The plaintiffs subsequently made application to the defendant for payment of the above described policies.

**ANSWER:** CPL admits the allegations in Paragraph 14 of the Complaint.

15. The defendant, by letters dated September 29, 2010, denied payment on the claims on the basis that Daniel L. Justice failed to disclose on his applications that he had been diagnosed with cannabis dependence, and asserted their right to contest the policy during the first two years of its existence.

**ANSWER:** CPL admits the allegations in Paragraph 15 of the Complaint

16. The defendant has not paid the face amount of the policies, but only tendered the policy payments, plus interest, on the above policies.

**ANSWER:** CPL admits the allegations in Paragraph 16 of the Complaint.

## COUNT I - BREACH OF CONTRACT

17. Plaintiffs incorporate by reference each and every allegation contained within the above paragraphs.

**ANSWER:** In answering Paragraph 17 of Plaintiffs' Complaint, CPL realleges and incorporates its answers to all other Paragraphs in the Complaint as if set forth in full.

18. The failure of the insured Daniel L. Justice to disclose his cannabis addition was not a material part of the contract of insurance, as his death was not related to such addiction.

**ANSWER:** CPL denies the allegations in Paragraph 18 of the Complaint.

19. The defendant has breached its obligation of good faith and fair dealing.

    **ANSWER:** CPL denies the allegations in Paragraph 19 of the Complaint.

20. The defendant has breached its contract of insurance, and the plaintiffs are the third party beneficiaries of said contract.

    **ANSWER:** CPL denies the allegations in Paragraph 20 of the Complaint.

21. The plaintiffs have been damaged by the defendant's breach of its contract.

    **ANSWER:** CPL denies the allegations in Paragraph 21 of the Complaint.

## COUNT II - UNFAIR CLAIMS PRACTICES

22. Plaintiffs incorporate by reference each and every allegation contained within the above paragraphs.

    **ANSWER:** In answering Paragraph 22 of Plaintiffs' Complaint, CPL realleges and incorporates its answers to all other Paragraphs in the Complaint as if set forth in full.

23. Defendant Colonial Penn Life Insurance Company, by its actions delineated herein, committed common law bad faith and has violated Kentucky's Unfair Claims Settlement Practice Act, KRS 304.12-230.

    **ANSWER:** CPL denies the allegations in Paragraph 23 of the Complaint.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.
2. The Plaintiffs have failed to mitigate their damages, if any, as required by law.
3. The Plaintiffs' claims are barred by estoppel and laches.

4. In applying for coverage under certificate number FT46208457 and certificate number FT50007644, Daniel L. Justice responded to the following question on the application as indicated:

> "In the past five years, have you had, been diagnosed by a member of the medical profession with, or received treatment for: ... (4) alcohol or drug abuse, or has such treatment been recommended; (5) mental or nervous system disorder for which in patient treatment or confinement in an institution was recommended or completed?... (handwritten) "Depression, anxiety disorder." √ yes"

Pursuant to Ky. Rev. Stat. Ann. §304.14-110, such answer did not reveal the true facts, in that, within the previous five years, Daniel L. Justice, had in fact had, been diagnosed by a member of the medical profession with, and/or had received treatment for alcohol or drug abuse or had such treatment recommended, and such incorrect answer was material to the risk or hazard assumed by CPL because, had the facts been made known to CPL as required by such application, CPL would either not have issued the subject certificates or would not have issued them at the same premium rate, or in the stated amount. CPL therefore validly rescinded such certificates and they are void ab initio.

5. CPL hereby gives notice that it intends to rely upon any other defense that may become available or appear during the proceedings in this case and hereby reserve its right to amend this Answer to assert any such defense.

WHEREFORE, Defendant Colonial Penn Life Insurance Company prays that Plaintiffs take nothing by their Complaint as against Colonial Penn Life Insurance Company, for a judgment in its favor and against the Plaintiffs, for an award of costs and for all other and further relief right and proper in the premises.

DATED: June 22, 2011.

Respectfully submitted,

NUNERY & BENNETT, PLLC

By: _____
David A. Nunery
105 East Main Street
Campbellsville, KY 42718
TEL: (270) 789-2466
FAX: (270) 789-0709

Attorneys for Defendant,
Colonial Penn Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Colonial Penn Life Insurance Company's Answer to Complaint and Affirmative Defenses* was served upon opposing counsel, by United States Mail, First Class delivery, this 22nd day of June, 2011:

Charles T. Lester, Jr.
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 Madison Pike
Independence, KY 41051-7941

_____
David A. Nunery

NUNERY & BENNETT, PLLC
105 East Main Street
Campbellsville, KY 42718
TEL: (270) 789-2466
FAX: (270) 789-0709