UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-128 (WOB-CJS)

JENNIFER GAMBLE, SAMANTHA MORGAN,
Administrator of Estate of
Michael Dean Justice, and
APRIL POTZICK                                          PLAINTIFFS

VS.                              ORDER

COLONIAL PENN LIFE INSURANCE
COMPANY                                                DEFENDANT


Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. #22) filed herein, the court being advised,

**IT IS ORDERED** that the within matter be, and it is, hereby **dismissed**, with prejudice, and **stricken** from the docket of this Court.

This 20th day of July, 2012.




Signed By:
*William O. Bertelsman* WOB
United States District Judge